UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------
                               :

EASY SPIRIT, LLC,                  :
                               :
                Plaintiff,      :
                               :        19cv3299
          -against-          :
                               :        ORDER
SKECHERS U.S.A., INC. and SKECHERS  :
U.S.A., INC. II,                :
                               :
              Defendants.     :
-------------------------------------------------------------

WILLIAM H. PAULEY III, Senior United States District Judge:

           On April 10, 2020, this Court conducted a telephonic conference concerning a discovery dispute. (See ECF No. 36.) Specifically, Defendants seek document discovery and depositions concerning issues at the heart of a separate action between the parties pending in the Central District of California. For the reasons stated on the record, Defendants' application for the requested discovery is denied.

Dated: April 13, 2020
      New York, New York

                                SO ORDERED:

                              _____
                                WILLIAM H. PAULEY III
                                    U.S.D.J.