UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASY SPIRIT, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>SKECHERS U.S.A., INC. and<br>SKECHERS U.S.A., INC. II,<br><br>                Defendants. | Case No. 1:19-cv-03299-WHP |

**INDEX OF EXHIBITS IN SUPPORT OF DEFENDANTS SKECHERS U.S.A., INC. AND SKECHERS U.S.A., INC. II'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Your Honor's Individual Rule of Practice III.C, Defendants Skechers U.S.A., Inc. and Skechers U.S.A., Inc. II ("Skechers") hereby provides an index of all Exhibits associated with Skechers' contemporaneously filed Motion for Summary Judgment. All of the below Exhibits are provided attached to the Declaration of Emily C. Welch, Esq., with authentication of relevant Skechers-produced documents provided by the separate Declarations of Jessica Baruch, Savva Teteriatnikov, and Neil Sadis, as indicated below.

| Letter | Bates Number | Authenticated | Description |
|---|---|---|---|
| A | | | Excerpts from the deposition transcript of Melissa Hobbs |
| B | | | Excerpts from the deposition transcript of Savva Teteriatnikov |
| C | SKNY0080906 | | Product Development & Approval Form |
| D | | | Excerpts from the deposition transcript of KariAnne Spear |
| E | SKNY0131157 | Neil Sadis | Summary tab of excel sheet showing Skechers sales data |

| Letter | Bates Number | Authenticated | Description |
|---|---|---|---|
| F | SKNY0045181-SKNY0045184 | Jessica Baruch | Email dated September 25, 2018 from Melissa Hobbs |
| G | SKNY0043754 | Jessica Baruch | Email from Timothy M. Lakin dated September 26, 2018 |
| H | SKNY0048189-SKNY0048190 | Jessica Baruch | Email from Melissa Hobbs dated April 1, 2019 |
| I | SKNY0058893 | Jessica Baruch | A box mock-up for the Commute Time shoe dated December 3, 2018 |
| J | | | Deposition transcript of Henry Besanceney, III taken on February 13, 2020 |
| K | | | Excerpts from the deposition transcript of Mark DeZao taken on February 14, 2020 |
| L | | | August 3, 2020 Hearing transcript before the Honorable Judge Pauley |
| M | | | Plaintiff Easy Spirit LLC's Amended Objections and Responses to Defendants Skechers' Second Set of Interrogatories (Nos. 9-25) dated May 22, 2020 |
| N | | | Excerpts from the combined deposition transcripts of Matthew Burris taken on February 11 and March 4, 2020 |
| O | ESNY_-SP002-1; ESNY_-SP002-2 | | Photos produced by Easy Spirit of a sample physical Traveltime shoe |
| P | | | Excerpts from the deposition transcript of Jessica Baruch taken on January 20, 2020 |
| Q | SKNY0000003 | Savva Teteriatnikov | Document containing photos of shoes |
| R | SKNY0000004 | Savva Teteriatnikov | Photo of a Tommy Hilfiger shoe |
| S | SKNY-SP001-1 through SKNY-SP001-7 | Jessica Baruch | Photos of a physical Skechers shoe |
| T | SKNY0020202-08 | Savva Teteriatnikov | Email from KariAnne Spear dated September 12, 2018 |
| U | SKNY0131127 | Jessica Baruch | Email from Emma Stevens dated September 11, 2018 |
| V | | Emily Welch | Certificate of registration for United States Registration |

| Letter | Bates Number | Authenticated | Description |
|---|---|---|---|
|  |  |  | Number 4,595,283 for the mark COMMUTER owned by Levi Strauss & Co. which registered September 2, 2014 |
| W |  |  | Website printout taken on August 19, 2020 from skechers.com featuring the Commute Time – Knitastic shoe |
| X |  |  | Website printout taken on August 17, 2020 from Amazon.com featuring the Commute Time shoe |
| Y |  |  | Website printout taken on August 17, 2020 from kohls.com featuring the Commute Time shoe |
| Z |  |  | Website printout taken on August 17, 2020 from shoesensation.com featuring the Commute Time shoe |
| AA |  |  | Website printout taken on August 17, 2020 from Beallsflorida.com featuring the Commute Time shoe |
| AB |  |  | Excerpts from the deposition transcript of Timothy Lakin taken on February 19, 2020 |
| AC | SKNY0099142 | Neil Sadis | Excel sheet showing Skechers Sales numbers for prior shoes |
| AD | SKNY0094878-5046 | Neil Sadis | Excerpts from the Skechers Fall 2002 catalog |
| AE | SKNY0095906-SKNY0096012 | Neil Sadis | Excerpts from the Skechers Fall 2004 catalog |
| AF | SKNY0096627-69 | Neil Sadis | Excerpts from the Skechers 2008 catalog |
| AG | SKNY0096670-92 | Neil Sadis | Excerpts from the Skechers Spring 2008 catalog |
| AH | SKNY0096726-31 | Neil Sadis | Excerpts from the Skechers Women's Sport Fall 2009 catalog |
| AI | SKNY0097112-39 | Neil Sadis | Excerpts from the Skechers Sport 2011-2012 catalog |
| AJ | SKNY0099105-7 |  | Website printout from ryka.com featuring the Women's Lillianna Mule |

| Letter | Bates Number | Authenticated | Description |
|---|---|---|---|
| AK | | | Plaintiff Easy Spirit, LLC's Responses to Defendants' First Set of Requests for Admission [Nos. 1-195] dated March 13, 2020 |
| AL | SKNY0098918-20 | | Website printout from Poshmark featuring a Dansko Brown Leather Kenzie Clog |
| AM | | | Declaration Certifying Authenticity of Records from Dansko dated March 6, 2020, attaching sales numbers from 2010 to 2019, produced by third party Dansko bearing Bates number DANSK_000001 (records excerpted) |
| AN | SKNY0098921-23 | | Website printout from Poshmark featuring a Dansko Women's Kaya Clog Black Women's Size 37 |
| AO | SKNY0098949-64 | | Defendants' Exhibit 78, marked at the February 13, 2020 deposition of Henry Besanceney, a website printout from Poshmark featuring a New Balance 801 Hot Pink shoe |
| AP | | | Declaration Certifying Authenticity of Records from New Balance dated March 3, 2020, attaching sales numbers produced by third party New Balance bearing Bates numbers NEWB_000001-3 (records excerpted). |
| AQ | SKNY0099013-28 | | Defendants' Exhibit 79, marked at the February 13, 2020 deposition of Henry Besanceney, a website printout from Poshmark featuring a New Balance 802 Floral mule |
| AR | SKNY0099029-45 | | Defendants' Exhibit 80, marked at the February 13, 2020 deposition of Henry Besanceney, a website printout from Poshmark featuring a New |

| Letter | Bates Number | Authenticated | Description |
|---|---|---|---|
| | | | Balance Everlights Womens Slip On Mules |
| AS | SKNY0099079-82 | | Printout from Zappos.com featuring a New Balance FuelCore Nergize Mule |
| AT | SKNY0099075-78 | | Defendants' Exhibit 81, marked at the February 13, 2020 deposition of Henry Besanceney, a printout from Zappos.com featuring a New Balance FuelCore Nergize Mule |
| AU | ESNY_033951 | | Defendants' Exhibit 11, marked at the February 12, 2020 deposition of Shanya Perera, a photo of a shoe |
| AV | ESNY_033953 | | Defendants' Exhibit 12, marked at the February 12, 2020 deposition of Shanya Perera, a photo of a shoe |
| AW | | | Defendants' Exhibit 75, marked at the February 13, 2020 deposition of Henry Besanceney, a printout from Walmart.com of Athletic Works Women's Essential Slip On Athletic Shoe |
| AX | | | Defendants' Exhibit 76, marked at the February 13, 2020 deposition of Henry Besanceney, a printout from Walmart.com of Walmart Athletic Works Women's Athletic Works Mule Slip On Shoe |
| AY | EASTL_000001-163 (records excerpted) | | Declaration Certifying Authenticity of Records from Eastland dated March 6, 2020, attaching documents produced by third party Eastland |
| AZ | SKNY0098927-29 | | Defendants' Exhibit 99, marked at the February 14, 2020 deposition of Mark DeZao, a website print from Kohls.com featuring Eastland Cynthia Women's Clogs |

| Letter | Bates Number | Authenticated | Description |
|---|---|---|---|
| BA | SKNY0098906-12 | | Defendants' Exhibit 94, marked at the February 14, 2020 deposition of Mark DeZao, a website prinout from Amazon of Ryka Women's Catalyst Mule |
| BB | SKNY0080841-44 | | Airwalk Footwear Spring2003 catalog |
| BC | SKNY0080848-55 | | Airwalk Spring 1997 catalog |
| BD | SKNY0098930-34 | | Defendants' Exhibit 100, marked at the February 14, 2020 deposition of Mark DeZao, a website printout from Kohls.com of Easy Street Holly Women's Mules |
| BE | CHARM_0000018 | | Declaration Certifying Authenticity of Records from Easy Street/Charm Step dated June 10, 2020, attaching a sales document produced by third party Easy Street/Charm Step |
| BF | SKNY0098935-37 | | Website printout from Kohls.com featuring Easy Street Roam Women's Sport Mule |
| BG | SKNY0098945-48 | | Website printout from Kohls.com of Easy Street Sport Barbara Women's Print Clogs |
| BH | SKNY0080805-7 | Neil Sadis | Defendants' Exhibit 95, marked at the February 14, 2020 deposition of Mark DeZao, a Sears Summer Sales 2013 Catalogue |
| BI | SKNY0098915-17 | | Defendants' Exhibit 96, marked at the February 14, 2020 deposition of Mark DeZao, a website printout from Poshmark of Cole Haan Suede Nike Air Mules Women's Size 7 shoe |
| BJ | SKNY0080763-66 | Neil Sadis | Defendants' Exhibit 101, marked at the February 14, 2020 deposition of Mark DeZao, Receptor Collection Spring/Summer 2004 catalog |
| BK | SKNY0080862-65 | Neil Sadis | Ecco AW 2001 Collection catalog |

| Letter | Bates Number | Authenticated | Description |
|---|---|---|---|
| BL | SKNY0080826-28 | Neil Sadis | Ecco Spring & Summer 2003 catalog |
| BM | SKNY0080829-32 | Neil Sadis | Ecco S/S 2001 Collection catalog |
| BN | SKNY0080792-96 | Neil Sadis | Ecco A/W 2001 catalog |
| BO | ESNY_000634-56 | | Article titled "Top 10 Best Shoes For Standing All Day in 2019" |
| BP | SKNY0080780-82 | Neil Sadis | Jim Rennie's New What's Hot for Spring 2001 catalog |
| BQ | SKNY0080866-69 | Neil Sadis | B.A. Mason catalog |
| BR | | | Defendants' Exhibit 77, marked at the February 13, 2020 deposition of Henry Besanceney, a website print out from Amazon.com of Propet Women's Anna shoe |
| BS | ESNY_033957 | | Defendants' Exhibit 72, marked at the February 13, 2020 deposition of Henry Besanceney, a photo of a black Walking Cradle shoe |
| BT | SKNY0131130-SKNY0131134 | | USPTO information for United States Registration No. 1,602,419 for the mark MEPHISTO TRAVEL's |
| BU | SKNY0131129 | | Website printout from ShoewNW.com featuring Women's Travel Shoes |
| BV | SKNY0131136-SKNY0131138 | | USPTO information for United States Registration No. 5,044,108 for the mark TRAVEL FEET |
| BW | SKNY0131140-SKNY0131145 | | USPTO information for United States Registration No. 5,118,467 for the mark TRAVEL LITE & Design |
| BX | SKNY0131139 | | Website printout from Off the Beaten Track of Travel Lite shoes |
| BY | SKNY0131135 | | Website printout from Off the Beaten Track of Royce in Black Sneakers |
| BZ | SKNY0131147-SKNY0131148 | | USPTO information for United States Registration No. |

| Letter | Bates Number | Authenticated | Description |
|---|---|---|---|
| | | | 5,986,565 for the mark TRAVELACTIV |
| CA | SKNY0131149 | | Website printout of from Amazon.com of Propet Women's TravelActiv Slip-on Sneaker |
| CB | PROP_000001-288 (documents excerpted) | | Declaration Certifying Authenticity of Records from Propet USA Inc. dated April 27, 2020, attaching documents |
| CC | SKNY0131146 | | Website printout from Amazon.com of Propet Women's Travelactiv Fashion Sneaker |
| CD | SKNY0131150-SKNY0131152 | | USPTO information for United States Registration No. 5,329,705 for the mark TRAVELTEK |
| CE | | | Expert Report of Jeffery A. Stec, Ph.D. dated July 3, 2020 |
| CF | ESNY_036230-45 | | Presentation titled "Data Products, Summary Profile Report, Easy Spirit, 12/11/2014" |
| CG | | | Plaintiff Easy Spirit, LLC's Responses to Defendants Skechers First Set of Interrogatories (Nos. 1-8) dated July 19, 2019 |
| CH | ESNY_000148-ESNY_000358 | | Alleged sales data as produced by Plaintiff bearing Bates number ESNY_148-ESNY_358; Ex. 3 to Deposition Transcript of Matthew Burris |
| CI | ESNY_063961 | | Alleged sales data as produced by Plaintiff from 2010 to 2020 |
| CJ | ESNY_036878 | | Summary tab showing alleged sales data as produced by Plaintiff from October 2011 to December 2017 |
| CK | ESNY_000599-633 | | Article titled "The BEST Travel Shoes for Men & Women Updated in 2019" by Josh Holt |
| CL | ESNY_033466-507 | | Article titled "15 Best Shoes for Back & Lower Pain" |

| Letter | Bates Number | Authenticated | Description |
|---|---|---|---|
| CM | ESNY_033588-ESNY_033594 | | Review in Podiatry Shoe Review of Easy Spirit Traveltime shoe dated September 8, 2012 |
| CN | ESNY_033828-73 | | Article titled "Your votes are in: the 30 most comfortable shoes for teachers," |
| CO | ESNY_033508-27 | | Article titled "Top 10 Best Walking Shows For Women in 2017 Reviewed" |
| CP | ESNY_033445-65 | | Article titled "Best Shoes for Seniors," |
| CQ | ESNY_000516-28 | | Article on Nurse Theory titled "12 Best Shoes for Standing All Day (Reviews & Buyers Guide) |
| CR | | | Excerpts from the deposition transcript of Shanya Perera taken on February 12, 2020 |
| CS | ESNY_000136-137 | | Defendants' Exhibit 34, marked at the February 12, 2020 deposition of Shanya Perera, Traveltime Costs spreadsheet |
| CT | ESNY_033073-102 | | Defendants' Exhibit 27, marked at the February 12, 2020 deposition of Shanya Perera, a presentation titled "Easy Spirit Insights/Discovery" |
| CU | ESNY_000001-102 | | Excerpts of Easy Spirit advertisements |
| CV | ESNY_000823 | | Easy Spirit advertisement |
| CW | ESNY_000824 | | Hamrick's advertisement |
| CX | ESNY_033978 | | Bealls advertisement for Easy Spirit 10th Anniversary |
| CY | SKNY0092678-SKNY0092759 | Neil Sadis | Defendants' Exhibit 58, marked at the February 13, 2020 deposition of Henry Besanceney, Skechers Spring 2000 catalog |
| CZ | SKNY0000766-SKNY0000767 | Neil Sadis | Skechers Advertisement |
| DA | SKNY013100711 | | Website printout from Walmart.com of Athletic Works Women's Essential Slip On Athletic Shoe |

| Letter | Bates Number | Authenticated | Description |
|---|---|---|---|
| DB | SKNY0080873-SKNY0080875 | Neil Sadis | Betula March 2005 catalog |
| DC | ESNY_033961 | | Black Walking Cradle shoe |
| DD | SKNY0092424-SKNY0092464 | Neil Sadis | Excerpts from the "Skechers port 2000" catalog |
| DE | SKNY0092760-SKNY0092841 | Neil Sadis | Excerpts from the "Skechers Spring 2000 by Mail" catalog |
| DF | SKNY0093403-SKNY0093564 | Neil Sadis | Excerpts from the "Skechers Fall 2001" catalog |
| DG | SKNY0094146-SKNY0094203 | Neil Sadis | Excerpts from the "Skechers Spring-Summer 2001 by Mail" catalog |
| DH | SKNY0000778-SKNY0000785 | Neil Sadis | "Skechers Active Flex Studio 2011-2012" catalog |
| DI | SKNY0095716-SKNY0095720 | Neil Sadis | Excerpts from the Skechers USA Footwear Spring II 03/Summer 03 catalog |
| DJ | SKNY0098574-SKNY0098575 | Neil Sadis | Skechers Women's Active flyer |
| DK | SKNY004389-SKNY004393 | Savva Teteriatnikov | Plaintiff's Exhibit 10, marked at the January 17, 2020 deposition of Savva Teteriatnikov, a Skechers design document |

Respectfully submitted on August 20, 2020.

*/s/ Robert L. Lee*
Robert L. Lee (*Admitted Pro Hac Vice*)
ALSTON & BIRD LLP
1201 West Peachtree St. NW
Atlanta, GA 30309-3424
Tel: (404) 881-7000
Email: bob.lee@alston.com

Andrew J. Ligotti
ALSTON & BIRD LLP
90 Park Avenue
New York, New York 10016
Tel: (212) 210-1286
Email: andy.ligotti@alston.com

Emily C. Welch (*Admitted Pro Hac Vice*)
Michelle W. Wilco (*Admitted Pro Hac Vice*)
ALSTON & BIRD LLP

1201 West Peachtree St. NW
Atlanta, GA 30309-3424
Tel: (404) 881-7000
Email: emily.welch@alston.com
Email: michelle.wilco@alston.com

*Attorneys for Defendants Skechers U.S.A., Inc. and Skechers U.S.A., Inc. II*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 20, 2020, a copy of the foregoing document was served via electronic mail upon all counsel of record.


Date: August 20, 2020                                                          */s/ Robert L. Lee*
                                                                                              Robert L. Lee