UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASY SPIRIT, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　　　-against-<br><br>SKECHERS U.S.A., INC. and<br>SKECHERS U.S.A., INC. II,<br><br>　　　　　　　　Defendants. | Civil Action No. 1:19-cv-03299-WHP<br><br>[CONFIDENTIAL VERSION] |

**PLAINTIFF'S APPENDIX TO COUNTERSTATEMENT OF MATERIAL FACTS TO DEFENDANTS SKECHERS U.S.A., INC. AND SKECHERS U.S.A., INC. II'S <u>RULE 56.1 STATEMENT OF MATERIAL FACTS</u>**

| EXHIBIT | DESCRIPTION | BATES RANGE |
|---|---|---|
| 1 | Declaration of Darren W. Saunders | |
| 2 | Declaration of Mark DeZao | |
| 3 | Deposition Transcript Excerpts of Robert Greenberg, August 19, 2020 | |
| 3A | Greenberg Dep. Ex. 1 | |
| 3B | Greenberg Dep. Ex. 2 (Hobbs Dep. Ex. 46) | SKNY0045202-4 |
| 3C | Greenberg Dep. Ex. 3 | SKNY0131153-4 |
| 3D | Greenberg Dep. Ex. 4 | SKNY0099878 |
| 3E | Greenberg Dep. Ex. 5 | SKNY0099848 |
| 4 | Deposition Transcript Excerpts of Mark DeZao, February 14, 2020 | |
| 5 | Deposition Transcript Excerpts of Henry Besanceney, February 13, 2020 | |
| 6 | Deposition Transcript Excerpts of Savva Teteriatnikov, January 17, 2020 | |
| 6A | Teteriatnikov Dep. Ex. 5 | SKNY0090078-80 |
| 6B | Teteriatnikov Dep. Ex. 6 | SKNY0090017-19 |
| 6C | Teteriatnikov Dep. Ex. 7 | SKNY0090076-7 |
| 6D | Teteriatnikov Dep. Ex. 8 | SKNY0063258-61 |
| 6E | Teteriatnikov Dep. Ex. 22 | SKNY0089975-81 |
| 6F | Teteriatnikov Dep. Ex. 33 | |
| 7 | Email from Lori Mamiya to Jessica Baruch, May 5, 2017 "Re: Memo from RG" | SKNY0004194 |

1

| EXHIBIT | DESCRIPTION | BATES RANGE |
|---|---|---|
| 8 | Deposition Transcript Excerpts of Jessica Baruch, January 20, 2020 | |
| 8A | Baruch Dep. Ex. 12 | SKNY0001323-7 |
| 8B | Baruch Dep. Ex. 14 | SKNY0014686-7 |
| 8C | Baruch Dep. Ex. 18 | |
| 8D | Baruch Dep. Ex. 19 | |
| 8E | Baruch Dep. Ex. 20 | |
| 8F | Baruch Dep. Ex. 21 | |
| 8G | Baruch Dep. Ex. 22 | |
| 8H | Baruch Dep. Ex. 23 | |
| 8I | Baruch Dep. Ex. 24 | |
| 8J | Baruch Dep. Ex. 25 | |
| 8K | Baruch Dep. Ex. 26 | |
| 8L | Baruch Dep. Ex. 27 | |
| 8M | Baruch Dep. Ex. 30 | |
| 8N | Baruch Dep. Ex. 31 | |
| 9 | Deposition Transcript Excerpts of Melissa Hobbs, January 14, 2020 | |
| 10 | Easy Spirit TravelTime Ad | SKNY0008554 |
| 11 | Skechers Commute Time Ad | SKNY0000015 |
| 12 | Amazon.com _ Skechers Women's Commute TIME - RIDESHARE - Quarter Cut | |
| 13 | Screenshot from Macys.com showing an Easy Spirit TravelTime shoe | |
| 14 | Screenshot from Macys.com showing a Skechers Commute Time shoe | |
| 15 | Screenshot from Nordstromrack.com showing an Easy Spirit TravelTime shoe | |
| 16 | Screenshot from Nordstromrack.com showing a Skechers Commute Time shoe | |
| 17 | Screenshot from Beallsflorida.com showing an Easy Spirit TravelTime shoe | |
| 18 | Screenshot from Beallsflorida.com showing a Skechers Commute Time shoe | |
| 19 | Screenshot from Boscovs.com showing an Easy Spirit TravelTime shoe | |
| 20 | Screenshot from Boscovs.com showing a Skechers Commute Time shoe | |
| 21 | Email from Daphne Eplboim to Emma Stevens and Jessica Baruch, August 8, 2019 "Re: Early Spring & Spring '20 Needs" | SKNY0000866-8 |
| 22 | Screenshot from Blair.com showing an Easy Spirit TravelTime shoe | |
| 23 | Screenshot from Blair.com showing a Skechers Commute Time shoe | |

| EXHIBIT | DESCRIPTION | BATES RANGE |
|---|---|---|
| 24 | Screenshot from Youtube.com showing an Easy Spirit TravelTime shoe from an HSN program. | |
| 25 | Screenshot from Youtube.com showing a Skechers Commute Time shoe from an HSN program. | |
| 26 | Screenshot from Youtube.com showing an Easy Spirit TravelTime shoe from a QVC program. | |
| 27 | Screenshot from Youtube.com showing a Skechers Commute Time shoe from a QVC program. | |
| 28 | Propetusa.com Website Screenshot | |
| 29 | Article, "Easy Spirit's Getting a Modern Makeover To Attract a Younger Audience" August 22, 2017, FootwearNews.com | |
| 30 | Article, "What to Wear When You Are Running Around All Day" October 18, 2019, O The Oprah Magazine | ESNY_033565-78 |
| 31 | Article, "How to Squeeze in More Me-Time Throughout the Week" June 20, 2019, O The Oprah Magazine | ESNY_033579-87 |
| 32 | Article, "Best Easy Spirit Shoes For Free Spirited Women Reviewed" March 15, 2019, WalkJogRun.net | |
| 33 | Article, "Shoppers Say You Won't Regret Adding This Unexpected Style With 7,000 Perfect Reviews to Your Wardrobe" July 14, 2020, Health.com | |
| 34 | Article, "The 13 Most Comfortable Women's Slip-on Sneakers According to Thousands of Customer Reviews" June 1, 2020, TravelandLeisure.com | |
| 35 | Catalogs Showing TravelTime | ESNY_000127-134 |
| 36 | Easy Spirit Marketing/Advertising Spend 2017-2020 | ESNY_036285 |
| 37 | Deposition Transcript Excerpts of Shanya Perera, February 12, 2020 | |
| 38 | Easy Spirit 2018 Spring Media Campaign Wrap Up | ESNY_033060-72 |
| 39 | Deposition Transcript Excerpts of Karianne Spear, March 12, 2020 | |
| 40 | Email from Emily Welch to Darren Saunders & Jason Kasner January 17, 2020 "Re: Easy Spirit v. Skechers – SDNY – Meet and Confer 1/16/20 recap" | |
| 41 | Screenshot of the TSDR Status of US Trademark Registration No. 4,505,161for the mark TRAVELTIME from the website uspto.gov. | |

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: New York, New York<br>September 28, 2020 | /s/ Darren W. Saunders<br>Darren W. Saunders<br>dsaunders@peroffsaunders.com<br>Mark I. Peroff<br>mark.peroff@peroffsaunders.com<br>Cassandra M. Tam<br>cassandra.tam@peroffsaunders.com<br>Jason H. Kasner<br>jkasner@peroffsaunders.com<br>PEROFF SAUNDERS P.C.<br>745 5th Avenue | Suite 500<br>New York, NY 10151<br>Tel: 646.898.2030<br><br>*Attorneys for Plaintiff*<br>Easy Spirit, LLC |