UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EASY SPIRIT, LLC,

          Plaintiff,

      -against-

SKECHERS U.S.A., INC. and SKECHERS U.S.A., INC. II,

          Defendants.

19cv3299

ORDER

---

WILLIAM H. PAULEY III, Senior United States District Judge:

      Plaintiff Easy Spirit, LLC moves to file portions of its Counterstatement of Material Facts to Defendants' Rule 56.1 Statement of Material Facts (the "Counterstatement") and certain supporting documents attached as Exhibits 8C.1, 8C.2, 36, and 38 under seal.[1] (ECF No. 77.) Having reviewed the proposed redactions, this Court finds that they are narrowly tailored, limited in scope, and justified to protect the confidential and proprietary business information of Easy Spirit, Defendants, and implicated non-parties.[2] See Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 120 (2d Cir. 2006). Accordingly, Easy Spirit's motion to file under seal is granted with respect to the Counterstatement and Exhibits 8C.1, 8C.2, 36, and 38.

Dated: October 2, 2020
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

---

[1] Easy Spirit also moves to file portions of its Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment under seal. However, the publicly-filed version of Easy Spirit's memorandum is entirely unredacted. (See ECF No. 78.) Accordingly, that portion of Easy Spirit's motion is denied as moot.

[2] As noted in Defendants' letter submission in response to Easy Spirit's motion to seal, some of Easy Spirit's proposed redactions concern information that this Court previously permitted Defendants to file under seal. (See ECF No. 81, at 2; see also ECF Nos. 51, 52, 73.)