UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

EASY SPIRIT, LLC,

              Plaintiff,

              -against-

SKECHERS U.S.A., INC. and SKECHERS U.S.A., INC. II,

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

19cv3299

ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

On February 26, 2021, this Court conducted a telephonic pre-motion conference on Defendants' anticipated motion for clarification. (See ECF No. 102.) For the reasons set forth on the record, there is no need for clarification of this Court's Opinion and Order dated January 26, 2021 (ECF No. 101). Furthermore, this Court finds that any motion to amend the pleading to include claims regarding Skecher's Commute mark would be futile.

Dated: February 26, 2021
New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.