UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EASY SPIRIT, LLC,

                Plaintiff

        -against-                                    19 Civ. 3299 (WHP)

SKECHERS U.S.A., INC., et al.,                **ORDER TO STRIKE**

                Defendants

---

        The Court respectfully directs the Clerk of Court to strike document number 131 from the docket.

Dated: June 9, 2021
        New York, New York

                                                      SO ORDERED:

                                                        _____
                                                               U.S.M.J.