```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                        :
EASY SPIRIT, LLC,                                       :
                                   Plaintiff,           :       19 Civ. 3299 (LGS)
                                                        :
              -against-                                 :       ORDER
                                                        :
SKECHERS U.S.A., INC. et al.,                           :
                                   Defendants.          :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, this case was transferred to the undersigned on June 22, 2021.

WHEREAS, Defendants' letter, dated May 11, 2021 (Dkt. No. 120), withdrew Defendants' jury demand, noting that Plaintiff seeks only equitable relief following the January 26, 2021, Opinion and Order on summary judgment (Dkt. No. 101).  Plaintiff's letter, dated June 9, 2021 (Dkt. No. 137), stated that Plaintiff consents to a bench trial on the remaining issues in this action.

WHEREAS, at the time the parties consented to a bench trial, their motions in limine had already been filed.

WHEREAS, the parties are advised that the Court's usual practice is not to entertain motions in limine in bench trials, as the Court (1) will see the disputed material in any event and (2) is capable of disregarding inadmissible evidence and giving potentially prejudicial evidence its proper weight.  Accordingly, it is hereby

**ORDERED** that the parties' motions in limine are **denied** without prejudice to renewal. By **July 1, 2021**, each party shall submit a letter per the Individual Rules stating whether they

intend to resubmit any motions in limine, and their basis for doing so in light of the above guidance.

The Clerk of Court is respectfully directed to close the docket entries at Nos. 124 and 127.

Dated: June 25, 2021
   New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**