```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
EASY SPIRIT, LLC,                    :
                                     :
              Plaintiff,             :
                                     :
       -v-                           :    19-cv-3299 (JSR)
                                     :
SKECHERS U.S.A., INC. and            :    ORDER
SKECHERS U.S.A., INC. II,            :
                                     :
              Defendants.            x
-------------------------------------
```

JED S. RAKOFF, U.S.D.J.

The Court has now had a chance to review the motions in limine, all of which were previously denied by Judge Schofield without prejudice to being renewed at or before trial. ECF No. 147. Following review, the Court believes that, even if all the motions were to be renewed, only one would need to be resolved before trial, which is Skechers' Motion in Limine #5. Since this motion had already been fully briefed before Judge Schofield, the Court will treat it as renewed, consider it anew, and resolve it by order no later than August 1, 2021.

SO ORDERED.

Dated: New York, NY

July _/_, 2021

_____
JED S. RAKOFF, U.S.D.J.