UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
EASY SPIRIT, LLC,                    :
                                     :
                Plaintiff,           :
                                     :
                -v-                  :        19-cv-3299 (JSR)
                                     :
SKECHERS U.S.A., INC. and            :        ORDER
SKECHERS U.S.A., INC. II,            :
                                     :
                Defendants.          x
------------------------------------

JED S. RAKOFF, U.S.D.J.

        After reviewing the motions in limine, all of which were

previously denied by Judge Schofield without prejudice to being

renewed at or before trial, the Court noted that even if all the

motions were to be renewed, only one would need to be resolved

before trial - Skechers' Motion in Limine No. 5. ECF No. 148.

The Court indicated it would resolve the motion by order by

August 1, 2021. Id.

        Skechers' Motion in Limine No. 5 is hereby denied. Based on

the parties' representations in their papers, the proposed

exhibits at issue in the motion include or pertain to the use of

the TRAVELTIME mark and/or the awareness of relevant Skechers'

employees of the TRAVELTIME mark during the applicable time

period. As such, these exhibits are generally relevant and

admissible, and do not represent unfair character evidence. Of

course, there may be more particularized objections that may

pertain to individual exhibits, but those are properly addressed
when the individual exhibits are offered at trial.

      SO ORDERED.

Dated:    New York, NY

        July 22, 2021                JED S. RAKOFF, U.S.D.J.