UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EASY SPIRIT, LLC,

                     Plaintiff,

    -against-

SKECHERS U.S.A., INC. and SKECHERS
U.S.A., INC., II,

                    Defendants.
-----------------------------------------------------------X

19 CIVIL 3299 (JSR)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/17/2021

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Findings of Fact, Conclusions of Law dated November 16, 2021, final judgment is entered in favor of Defendants on all claims; accordingly, the case is closed.

**Dated:** New York, New York

       November 17, 2021

                                                      RUBY J. KRAJICK
                                                       Clerk of Court
                          BY:
                                                        Deputy Clerk